# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| JULIE ANNE WAIT, | : | |
| Plaintiff, | : | |
| vs. | : | CA 18-0201-MU |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff be awarded attorney's fees in the amount of $2,118.71 under the Equal Access to Justice Act, representing compensation for 10.65 hours of service by William T. Coplin, Jr., Esquire, at the cost-of-living-adjusted rate of $198.94, as well as court costs of $400.00 and expenses of $20.85; the total EAJA award due and owing Plaintiff is $2,539.56.

**DONE** this the 27th day of December, 2019.

                                           s/P. Bradley Murray
                                      **UNITED STATES MAGISTRATE JUDGE**